

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00233-CR

**IN RE** Shawn L. **SANDERS**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: April 8, 2026

PETITION FOR WRIT OF MANDAMUS OR IN THE ALTERNATIVE WRIT OF PROHIBITION DENIED

On March 23, 2026, relator, Shawn L. Sanders, filed a petition for writ of mandamus or prohibition and accompanying record. Having considered the petition and record provided, we have determined that Sanders has not established that he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The alternative petition for writ of prohibition is denied.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2023-CR-3165, styled *The State of Texas v. Shawn Lee Sanders*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Benjamin Robertson presiding.